**GRANITE ROCK COMPANY; John Orcutt; Martha Edwards; Arthur Wilson Woolpert, Notice shareholder, Plaintiffs–Appellants,**

v.

**UNITED STATES of America, Defendant–Appellee.**

**No. 03–15485.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 12, 2004.

Filed June 9, 2004.

Daniel F. Polsenberg (argued) and Beau Sterling, Las Vegas, NV, for the plaintiffs-appellants.

Eileen J. O'Connor, Assistant Attorney General; Richard Farber, Joel McElvain, and Teresa E. McLaughlin (argued), Attorneys, Tax Division, United States Department of Justice, Washington, DC; Kevin V. Ryan, United States Attorney, and Jay R. Weil, Assistant United States Attorney, Northern District of California, San Francisco, CA (of counsel), for the defendant-appellee.

Before O'SCANNLAIN, SILER,* and HAWKINS, Circuit Judges.

Court of Appeals for the Sixth Circuit, sitting by designation.

## ORDER

We affirm for the reasons stated in Judge Ware's published opinion, 243 F.Supp.2d 1059 (N.D.Cal.2003).

AFFIRMED.